THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 
 The
 State,        Respondent,
 
 
 
 

v.

 
 
 
 
 Terry Lee
 Davis,        Appellant.
 
 
 
 

Appeal From Georgetown County
Steven H. John, Circuit Court Judge

Unpublished Opinion No.
2005-UP-418
Submitted June 1, 2005  Filed June 27, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Tara S. Taggart, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, all of Columbia; and Solicitor John Gregory Hembree,
 of Conway, for Respondent.
 
 
 

PER CURIAM:  Following a
jury trial on July 14-16, 2003, Terry Lee Davis was found guilty of armed
robbery and grand larceny.  Davis
was sentenced to concurrent sentences of life in prison without the possibility
of parole for armed robbery and five years for grand larceny.  On appeal,
counsel for Davis has filed a brief pursuant to Anders v. California, 386
U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and
requesting permission to withdraw from further representation.  Davis
did not file a pro se response. 
After a thorough review of the
record pursuant to Anders and State v. Williams, 305 S.C. 116, 406
S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
relieved.
APPEAL DISMISSED.[1]
HEARN, C.J., BEATTY, and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.